**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**Case No. 20-cv-14452-BLOOM**

CARLTON D. COMFORT,

    Petitioner,

v.

FLORIDA DEPARTMENT
OF CORRECTIONS,

    Respondent.
_____/

**ORDER OF DISMISSAL**

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. On December 21, 2020, the Court entered an Order, ECF No. [3], requiring that Petitioner Carlton D. Comfort either pay the Clerk's filing fee of $5.00 or submit a motion to proceed *in forma pauperis*.

Pursuant to Rule 3 of the Rules Governing Section 2254 Cases in the United States District Courts, Petitioner is required to file with his *in forma pauperis* request "the affidavit required by 28 U.S.C. § 1915, and a certificate from the warden or other appropriate officer of the place of confinement showing the amount of money or securities that the petitioner has in any account in the institution." *Id.* Section 1915, in turn, requires a prisoner to submit a "certified copy of the trust fund account statement (or institutional equivalent) for . . . the 6-month period immediately preceding the filing of the complaint." 28 U.S.C. § 1915(a)(2). To date, Petitioner has neither paid the $5.00 filing fee nor submitted a motion to proceed *in forma pauperis*, and he has not sought any extension of time within to do so. The Court's Order cautioned that the "failure to comply with this Order may result in dismissal of this case." ECF No. [3] at 2.

Case No. 20-cv-14452-BLOOM

Accordingly, it is **ORDERED AND ADJUDGED** that the case is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is directed to **CLOSE** this case, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on January 28, 2021.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Carlton D. Comfort, *Pro Se*
#149855
Century Correctional Institution
Inmate Mail/Parcels
400 Tedder Road
Century, FL 32535